# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 1:21-CR-0342 |
| | : |
| v. | : |
| | : |
| JAQUAN MARQUI BRABHAM | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 1st day of April, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** Defendant's motion to dismiss, Doc. 93, is **DENIED**.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Judge
> Middle District of Pennsylvania

1